UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                               CASE NO.: 19-17462-MBK
                                                                                        CHAPTER 13

Mercedes Torres-Rohwer
_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

                              RAS CITRON, LLC
                        BANKRUPTCY DEPARTMENT
                    130 CLINTON ROAD, SUITE 202
                         FAIRFIELD, NJ 07004

                                                RAS Citron, LLC
                                                Authorized Agent for Secured Creditor
                                                130 Clinton Road, Suite 202
                                                Fairfield, NJ 07004
                                                Telephone: 973-575-0707
                                                Facsimile: 973-404-8886
                                                By: /s/Harold Kaplan
                                                Harold Kaplan, Esquire
                                                Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 30, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street
Ste 502
Philadelphia, PA 19107

MERCEDES TORRES-ROHWER
123 WAHWAHTAYSEE TRAIL
MEDFORD LAKES, NJ 08055

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650-4853

          RAS Citron, LLC
          Authorized Agent for Secured Creditor
          130 Clinton Road, Suite 202
          Fairfield, NJ 07004
          Telephone: 973-575-0707
          Facsimile: 973-404-8886
          By: /s/Harold Kaplan
          Harold Kaplan, Esquire
          Email: hkaplan@rasnj.com