UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Mercedes Torres-Rohwer

Debtor(s)

Case No. 19-17462 / MBK

Hearing Date: August 6, 2019 10:00 am

Judge: Michael B. Kaplan

Chapter: 13

# TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided. The Trustee's calculations are higher for the following reason(s): -excess on Line 45 of 122c-2 $292.12 requires minimum $17,527.20 dividend to general unsecured creditors.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

/s/ Albert Russo
Albert Russo
Standing Chapter 13 Trustee
by: Erik Collazo, Staff Attorney