B2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey (Trenton)

| | |
|---|---|
| IN RE: | Case No.: 19-17462 |
| Debtors: Mercedes Torres-Rohwer | Loan Number (Last 4): 5679 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Select Portfolio Servicing, Inc.</u> | <u>Nationstar Mortgage LLC D/B/A Mr. Cooper</u> |
| | <u>ATTN: Bankruptcy Dept</u> |
| Name of Transferee | Name of Transferor |
| PO Box 65250 | Court Claim # (if known): <u>10</u> |
| Salt Lake City, UT 84165 | Amount of Claim: <u>$166,864.98</u> |
| | Date Claim Filed: <u>06/14/2019</u> |
| Phone: <u>1-800-258-8602</u> | Last Four Digits of Acct #: <u>2740</u> |
| Last Four Digits of Acct #: <u>5679</u> | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: <u>1-800-258-8602</u>

Last Four Digits of Acct #: <u>5679</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| By: | /s/ John Shelley | Date: | 01/30/2020 |
| | InfoEx, LLC, as authorized filing agent | | |
| | (Approved by: Michelle Enoch) | | |

Specific Contact Information:
Michelle Enoch - Bankruptcy Supervisor
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

488193-a4c8943b-aa00-4a74-a396-53186f113fb4