| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Sadek & Coope Law Office<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19107<br>215-545-0008<br>　　Attorney for Debtor | |
| In re:<br><br>**Mercedes Torres-Rohwer** | Case No.: **19-17462**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, **Brad J. Sadek, Esq.**　:

    ☑ represent **Merdeces Torres-Rohwer** in this matter.

    ☐ am the secretary/paralegal for ___, who represents ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **October 23, 2020**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Motion to Sell Real Property, Notice of Motion**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **October 23, 2020**　　　　　　　　　　　　　**/s/ Brad J. Sadek, Esq.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Discover Bank**<br>**Discover Products Inc**<br>**PO Box 3025**<br>**New Albany, OH 43054-3025** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Mariner Finance-hami**<br>**8211 Town Center Dr.**<br>**Nottingham, MD 21236** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **OneMain**<br>**PO Box 3251**<br>**Evansville, IN 47731** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Capital One Bank (USA), N.A.**<br>**4515 N Santa Fe Ave**<br>**Oklahoma City, OK 73118** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Jefferson Capital Systems LLC**<br>**Po Box 7999**<br>**Saint Cloud Mn 56302-9617** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **JPMorgan Chase Bank, N.A.**<br>**PO Box 29505 AZ-5757**<br>**Phoenix, AZ 85038** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Quantum3 Group LLC as agent for**<br>**GPCC I LLC**<br>**PO Box 788** | | ☐ Hand-delivered<br>☑ Regular mail |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| **Kirkland, WA 98083-0788** | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Capital One, N.A.**<br>**c/o Becket and Lee LLP**<br>**PO Box 3001**<br>**Malvern PA 19355-0701** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Quantum3 Group LLC as agent for**<br>**Comenity Bank**<br>**PO Box 788**<br>**Kirkland, WA 98083-0788** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Select Portfolio Servicing, Inc.**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **LVNV Funding, LLC**<br>**Resurgent Capital Services**<br>**PO Box 10587**<br>**Greenville, SC 29603-0587** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Portfolio Recovery Associates, LLC**<br>**c/o Pc Richard**<br>**POB 41067**<br>**Norfolk VA 23541** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Portfolio Recovery Associates, LLC**<br>**c/o Amazon.com Store Card**<br>**POB 41067**<br>**Norfolk VA 23541** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| **Harold N. Kaplan**<br>**RAS Citron, LLC**<br>**133 Gaither Dr.**<br>**MT Laurel, NJ 08054** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank**<br>**c/o PRA Receivables Management, LLC**<br>**PO Box 41021**<br>**Norfolk, VA 23541** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Albert Russo**<br>**Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Mercedes Torres-Rohwer**<br>**123 Wahwahtaysee Trail**<br>**Medford Lakes, NJ 08055** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*

Best Case Bankruptcy