| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19007

In Re:

Mercedes Torres-Rohwer

Case No.: __19-17462__

Judge: __MBK__

Chapter: __13__

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, __Mercedes Torres-Rohwer__, is the (check all that apply):

   ☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☒ Chap. 13.

   ☒ Debtor: ☐ Chap. 11 ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Carol C. Latti__ to serve as (check all that apply):

   ☐ Attorney for: ☐ Trustee ☐ Debtor-in-Possession

   ☐ Official Committee of _____

   ☐ Accountant for: ☐ Trustee ☐ Debtor-in-possession

   ☐ Official Committee of _____

☒ Other Professional:

    ☒ Realtor      ☐ Appraiser      ☐ Special Counsel

    ☐ Auctioneer      ☐ Other (specify): _____

3. The employment of the professional is necessary because:
   Sale of real property locate at 123 Wahwahtaysee Trail, Medford Lakes NJ 08055

4. The professional has been selected because:
   She is a local realtor

5. The professional services to be rendered are as follows:
   List and sell the property

6. The proposed arrangement for compensation is as follows:
   Commission fees paid at closing

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☒ None

   ☐ Describe connection: _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☒ does not hold an adverse interest to the estate.

   ☐ does not represent an adverse interest to the estate.

   ☐ is a disinterested person under 11 U.S.C. § 101(14).

   ☐ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain: _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 123 Wahwahtaysee Trail, Medford Lakes, NJ 08055

   _____

   _____

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: 10/23/2020                              /s/ Mercedes Torres-Rohwer
                                              Signature of Applicant

rev.8/1/15