| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Sadek and Cooper Law Offices<br>1315 Walnut Street, Suite 502<br>Philadelphia, PA 19007 | |
| In Re:<br><br>Mercedes Torres-Rohwer | Case No.: 19-17462<br>Chapter: 13<br>Judge: MBK |

## ORDER AUTHORIZING RETENTION OF

Carol C. Latti

The relief set forth on the following page is **ORDERED.**

Upon the applicant's request for authorization to retain          Carol C. Latti

as          Realtor          , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:  Fox & Roach
    352 Stokes Road, Suite 1
    Medford, NJ 08055

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2