UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Mercedes Torres-Rohwer

Case No.: 19-17462
Chapter: 13
Judge: MBK

## NOTICE OF PROPOSED PRIVATE SALE

__Mercedes Torres-Rohwer__, __Debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

| Address of the Clerk: | Clarkson S. Fisher US Courthouse |
|---|---|
| | 402 East State Street |
| | Trenton, NJ 08608 |
| | Phone (609) 858-9333 |

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __November 17, 2020__ at __9__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street Trenton, N.J. 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

| Description of property to be sold: | 123 Wahwahtaysee Trail |
|---|---|
| | Medford Lakes, NJ 08055 |

| Proposed Purchaser: | Julie Binger |
|---|---|

| Sale price: | $235,000.00 |
|---|---|

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| Name of Professional: | Carol C. Latti |
|---|---|
| Amount to be paid: | $6,800.00 |
| Services rendered: | List and sell real property listed above |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Brad J. Sadek, Esq |
| Address: | 1315 Walnut Street, Suite 502, Philadelphia, Pa 19107 |
| Telephone No.: | 215-545-0008 |

*rev.8/1/15*