UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sadek and Cooper Law Offices
1315 Walnut Street, Suite 502
Philadelphia, PA 19007

Order Filed on November 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mercedes Torres-Rohwer

Case No.: 19-17462

Chapter: 13

Judge: MBK

## ORDER AUTHORIZING RETENTION OF

Carol C. Latti

The relief set forth on the following page is **ORDERED**.

**DATED: November 2, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Carol C. Latti_____
as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is: Fox & Roach
   352 Stokes Road, Suite 1
   Medford, NJ 08055

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

rev.8/1/15