UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Sadek & Coope Law Office
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008
  Attorney for Debtor

In re:

      **Mercedes Torres-Rohwer**

| | |
|---|---|
| Case No.: | **19-17462** |
| Chapter: | **13** |
| Adv. No.: | |
| Hearing Date: | **12/29/20 @ 10:00 AM** |
| Judge: | Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1.  I, **Brad J. Sadek, Esq.** :

    ☑ represent **Merdeces Torres-Rohwer** in this matter.

    ☐ am the secretary/paralegal for __, who represents __ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2.  On **October 23, 2020** , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Motion to Sell Real Property, Notice of Private Sale, Application to Shorten Time**

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **December 21, 2020**

**/s/ Brad J. Sadek, Esq.**
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **JPMorgan Chase Bank, N.A.**<br>**PO Box 29505 AZ-5757**<br>**Phoenix, AZ 85038** | **Secured Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Mariner Finance-hami**<br>**8211 Town Center Dr.**<br>**Nottingham, MD 21236** | **Secured Creditor** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Select Portfolio Servicing, Inc.**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | **Mortgagee** | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **R. A. Lebron**<br>**Fein Such Kahn & Shepard, PC**<br>**7 Century Drive**<br>**Parsippany, NJ 07054** | **Attorney for Creditor Select Portfolio Servicing, Inc.** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Harold N. Kaplan**<br>**RAS Citron, LLC**<br>**133 Gaither Dr.**<br>**MT Laurel, NJ 08054** | **Attorney for Nationstar Mortgage Mr. Cooper** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Albert Russo**<br>**Chapter 13 Trustee**<br>**CN 4853**<br>**Trenton, NJ 08650** | **Trustee** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

*rev. 8/1/15*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | |
|---|---|---|
| **Mercedes Torres-Rohwer**<br>**123 Wahwahtaysee Trail**<br>**Medford Lakes, NJ 08055** | **Debtor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*<br>Best Case Bankruptcy